**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01464-CV

**SHERI DURHAM, ET AL., Appellants**

**V.**

**CHILDREN'S MEDICAL CENTER OF DALLAS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01231-D**

## ORDER

We **GRANT** appellants' June 17, 2015 unopposed motion for an extension of time to file

a reply brief.  Appellants shall file a reply brief by **JULY 20, 2015**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE